# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0813. SAMUEL ANSAH BOAKYE v. DNF ASSOCIATES, LLC, ASSIGNEE OF SYNCHRONY BANK.

DNF Associates sued Samuel Boakye for the breach of a loan agreement. DNF Associates later moved for summary judgment, and the trial court granted the motion and entered judgment in favor of DNF Associates for $5,674.01. Boakye appeals directly to this Court, but we lack jurisdiction.

While the grant of summary judgment is ordinarily directly appealable, such appeals are still governed by the requirements of OCGA § 5-6-35. *Jarrett v. Ford Motor Credit Co.*, 178 Ga. App. 600 (344 SE2d 440) (1986). Appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(6), (b); *Jarrett*, 178 Ga. App. at 600-601. "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't. of Human Res.*, 221 Ga. App. 257 (471 SE2d 60) (1996). Boakye's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  12/16/2025*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk*